COMMONWEALTH of Pennsylvania, Petitioner

v.

Salim WALLS, Respondent

No. 470 EAL 2016

Supreme Court of Pennsylvania.

February 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.